| | | | |
|---|---|---|---|
| | AUSA: Michael Taylor | Telephone: (313) 226-9100 | |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Victor A. Mota | Telephone: (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Ronald Christian

Case: 2:21−mj−30158
Assigned To : Unassigned
Assign. Date : 4/5/2021
SEALED MATTER

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 5, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Victor A. Mota, Special Agent (ATF)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __April 5, 2021__

*Judge's signature*

City and state: __Flint, Michigan__

Hon. Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Victor A. Mota, being sworn, depose and state the following:

### I.      INTRODUCTION

1.      I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and have been so employed since March 2020.  I am currently assigned to the Detroit Field Division, group VII. I am tasked with investigating violations of firearms and narcotics laws.  Prior to becoming a Special Agent with ATF, I was an Officer with the United States Customs and Border Protection Office of Field Operations for ten years as well as a supervisor for about two years.  I completed the United States Customs and Border Protection Basic course in Brunswick, Georgia, the Criminal Investigator Training Program in Brunswick, Georgia, and the ATF Special Agent Basic Training at the Federal Law Enforcement Training Center in Bruswick, Georgia.  I obtained a Bachelor of Science degree in Criminal Justice from Wayne State University.

2.      During my employment with ATF, I have participated in criminal investigations focused on firearms, armed drug trafficking violations, and criminal street gangs.  Through these investigations, my training and experience, and conversations with other agents and law enforcement personnel, I have become familiar with firearms violations.

3. I make this affidavit from personal knowledge based on my participation in this investigation, with exception of the matters expressly stated, which are based on information received from other law enforcement officials and/or their reports and records.

4. The information outlined herein is provided for the limited purpose of establishing probable cause and does not contain all details or facts that exist pertaining to the investigation.

5. I am currently investigating Ronald Christian, date of birth xx/xx/1988, for possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1).

## II.   SUMMARY OF THE INVESTIGATION

6. On March 5, 2021, Detroit Police Department (DPD) officers arrived at a domestic violence disturbance call located on Beaconsfield Road, Detroit. Upon arrival, officers noticed an adult female and a male, later identified as Ronald Christian (date of birth xx/xx/1988), having a verbal dispute next to the driver side of a car parked in the driveway.

7. As officers approached the couple, Christian began to walk backwards, turned, and walked toward the back yard of the residence. An officer ordered Christian to stop and put his hands up, but Christian continued to walk away.

8. An officer asked the female if Christian had a firearm in his possession. The female stated that Christian had a gun on him.

9. When officers walked towards Christian's direction, Christian started running towards the back yard of the residence. An officer observed Christian jumping multiple fences heading towards Kingsville Ave. Christian refused to obey commands to stop and continued running east on Kingsville Ave.

10. When asked by an officer, the female stated that Christian had threatened her with a gun.

11. After DPD officers requested assistance from other agencies, Christian was located in the back yard of a house on Washtenaw Street in Detroit.

12. Officers started a search perimeter where Christian was observed jumping the fence to attempt to find a weapon. A DPD officer recovered a loaded FNH (Fabrique Nationale Herstal) 9 Millimeter model: FNS-9C handgun in the backyard of the Beaconsfield Road residence where DPD originally responded to the domestic violence call.

13. A review of a law enforcement database revealed that the firearm was stolen on March 2, 2021, from Chesterfield, Michigan. After the firearm was recovered, a DPD officer took a picture of the firearm and showed the female the picture. The female stated that the firearm looked like the gun Christian had in his possession.

14.     On March 17, 2021, I reviewed a National Crime Information Center (NCIC) computer printout regarding Christian's criminal history (CCH). The CCH revealed a 2008 conviction for Robbery with a Deadly Weapon out of the State of Florida.

15.     A review of court records for that conviction show that Christian was convicted under Florida Statute 812.13(2)(a), which is punishable by up to life imprisonment. Christian was sentenced to 24 months incarceration with the Florida Department of Corrections followed by 24 months of probation, which establishes probable cause that he knew, at the time he possessed the firearm, he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

16.     ATF Special Agent and Interstate Nexus Expert Michael Jacobs determined that the FNH, model: FNS-9C, .9 millimeter pistol seized from Christian is a "firearm" as defined under Chapter 44, Section 921, and was manufactured outside the State of Michigan after 1898, therefore, traveling in or affecting interstate commerce.

## III. CONCLUSION

17. Probable cause exists that Ronald Christian, having been previously convicted of at least one crime punishable by imprisonment for a term exceeding one year and having knowledge of his prohibited status, did possess a firearm that had previously traveled in or affected interstate commerce in violation of 18, U.S.C. § 922(g)(1).

_____
Victor A. Mota, Special Agent
Bureau of Alcohol, Tobacco,
Firearms, and Explosives

Sworn to before and signed in my presence
and/or by reliable electronic means.

_____
Hon. Curtis Ivy, Jr.
United States Magistrate Judge

Dated: ___April 5, 2021___